WILLIAM J. RAPP, as Executor, etc., of MARY E. SMITH, Deceased, Appellant, v. HELEN MEADE SMITH, as Executrix, etc., of GEORGE EDMUND SMITH, Deceased, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES F. KELLEY, as Ancillary Executor of MARY A. McCULLY, an Alleged Incompetent Person, Respondent, v. DAVID J. MISKEY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

REMICK KNIFFIN, Respondent, v. KEITH ROUS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE NATIONAL BRONX BANK OF NEW YORK, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Orders unanimously modified, without costs, so as to provide for an open commission, defendant to pay the expense of its own counsel. No opinion. Settle order on notice. Present — Townley, Untermyer, Cohn and Callahan, JJ.

GEORGE MOLTZ, Appellant, v. ELSIE MOLTZ, Respondent.— Order unanimously modified by striking out the provision for alimony *pendente lite*, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. .

BERTHA L. JOY, Respondent, v. FREDERICK W. JOY and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

LOUIS ARNOLD and MORRIS ARONOWITZ, Appellants, v. BARTH & GUTMAN, INC., Defendant, Respondent. WILLIAM A. HINES, Referee, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

KEMWOOD, INC., Appellant, v. UNITED STATES PLYWOOD CORPORATION and Others, Respondents.— Order unanimously modified by striking therefrom the direction that plaintiff be required to serve a further bill of particulars and the direction that plaintiff be precluded at the trial from offering any evidence of these particulars, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

DOROTHY SIMON MARCUS, Respondent, v. WILLIAM MARCUS, Appellant.— Order unanimously modified by reducing alimony to the sum of thirty-five dollars per week and counsel fee to the sum of $300, and, as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Untermyer Cohn and Callahan, JJ.

MORRIS FRIEDER, Appellant, v. THE WASHINGTON SCHOOL FOR SECRETARIES OF NEW YORK, INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.